## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

E.R., through his mother and legal guardian SHERRY GAINES, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

NATIONAL WILDLIFE FEDERATION,

        Defendant.

Case No. 2:22-cv-11173-JEL-CI
Hon. Judith E. Levy
Magistrate Judge Curtis Ivy, Jr.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carol G. Schley of the law firm Clark Hill PLC hereby enters her appearance on behalf of Defendant National Wildlife Federation in the above cause of action.

Respectfully submitted,

CLARK HILL PLC

By: /s/Carol G. Schley (P51301)
Attorney for Defendant
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com

Dated: June 20, 2022

## CERTIFICATE OF SERVICE

    I certify that on June 20, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                    /s/Carol G. Schley (P51301)
                                    CLARK HILL PLC
                                    151 South Old Woodward Ave., Ste. 200
                                    Birmingham, MI 48009
                                    (248) 530-6338
                                    cschley@clarkhill.com