## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

E.R., through his mother and legal guardian SHERRY GAINES, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

NATIONAL WILDLIFE FEDERATION,

        Defendant.

Case No. 2:22-cv-11173
Hon. Judith E. Levy
Magistrate Judge Curtis Ivy, Jr.

_____/

### STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on the Stipulation of Plaintiff and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which Defendant may file an answer or take any other action in response to Plaintiff's Complaint as permitted by the Federal Rules of Civil Procedure (including, but not limited to, the filing of a counterclaim, third-party claim or any motion), is extended through and includes August 19, 2022.

2

Date: June 21, 2022                s/Judith E. Levy
                                   HON. JUDITH E. LEVY
                                   U.S. DISTRICT COURT JUDGE

STIPULATED:

/s/Gregory Mitchell w/consent           /s/Carol G. Schley
Philip L. Fraietta                      Peter B. Kupelian (P31812)
Bursor & Fisher, P.A.                   Carol G. Schley (P51301)
888 Seventh Avenue                      Clark Hill PLC
New York, NY 10019                      151 South Old Woodward Ave., Suite 200
(646) 837-7150                          Birmingham, MI 48226
pfraietta@bursor.com                    (248) 642-9692
                                        pkupelian@clarkhill.com
E. Powell Miller (P39487)               cschley@clarkhill.com
Sharon Almonrode (P33938)
Gregory Mitchell (P68723)               Natalie J. Spears
The Miller Law Firm, P.C.               Kristen C. Rodriguez
Attorneys for Plaintiff                 Dentons US LLP
950 W. University Drive, Suite 300      Attorneys for Defendant
Rochester, MI 48307                     233 South Wacker Drive, Suite 5900
(284) 841-2200                          Chicago, IL 60606
epm@millerlawpc.com                     (312) 876-8000
gam@millerlawpc.com                     natalie.spears@dentons.com
ssa@millerlawpc.com                     kristen.rodriguez@dentons.com

Frank S. Hedin                          *Attorneys for Defendant*
Hedin Hall LLP                          Dated:  June 21, 2022
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Attorneys for Plaintiff*
Dated:  June 21, 2022