UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

E.R., through his mother and legal guardian SHERRY GAINES,

Plaintiff(s),

v.

National Wildlife Federation,

Defendant(s).

Case No. 5:22-cv-11173

Judge Hon. Judith E. Levy

Magistrate Judge Curtis Ivy, Jr.

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __National Wildlife Federation,__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ❏   No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ❏   No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: August 19, 2022

Signature: *[signature]*
IL Bar 6300697
Bar No.
233 S Wacker Drive, Suite 5900
Street Address
Chicago, IL 60606
City, State, Zip Code
(312) 876-8000
Telephone Number
kristen.rodriguez@dentons.com
Primary Email Address