UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

E.R., et al.,

                Plaintiff(s),

v.                                                      Case No. 5:22–cv–11173–JEL–CI
                                                      Hon. Judith E. Levy

National Wildlife Federation,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Curtis Ivy Jr. for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

    Motion to Dismiss – #12

                                                      s/Judith E. Levy
                                                      Judith E. Levy
                                                      United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                      s/W. Barkholz
                                                     Case Manager