# Exhibit A

# Ranger Rick Masterfile with Enhancements Mailing List

This is a combined unduplicated masterfile of Ranger Rick, Ranger Rick Jr. and Ranger Rick Cub. Mailers can cut across the entire database or segment by subscribers, gift givers or expires. Through these childrens publications, kids learn all about animals, their habitats, and how to help endangered species and their environment. Ranger Rick is a magazine for children ages 7 and up. Published 10 times per year. Ranger Rick Jr. is a magazine for children ages 4-7. Published 10 times per year. Ranger Rick Cub is a magazine for children ages 0-4. Published 6 times per year.

**Get Count**   **Get Pricing**   **Get More Information**

## SEGMENTS

| | | COUNTS THROUGH 03/01/2022 |
|---|---|---|
| 651,679 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 159,148 | 3 MONTH SUBSCRIBERS/GIFT GIVERS | + $15.00/M |
| 365,230 | 6 MONTH SUBSCRIBERS/GIFT GIVERS | + $10.00/M |
| 546,566 | 12 MONTH SUBSCRIBERS/GIFT GIVERS | $105.00/M |
| 320,085 | 24 MONTH EXPIRES | $70.00/M |
| | FUNDRAISING/NON-PROFIT RATE | $75.00/M |
| | CATALOG RATE | $80.00/M |

| | |
|---|---|
| POPULARITY: | ===== 100 |
| MARKET: | CONSUMER |
| CHANNELS: | 🖼 |
| SOURCE: | OTHER |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |

## DESCRIPTION

This is a combined unduplicated masterfile of Ranger Rick, Ranger Rick Jr. and Ranger Rick Cub. Mailers can cut across the entire database or segment by subscribers, gift givers or expires. Through these children's publications, kids learn all about animals, their habitats, and how to help endangered species and their environment.



Ranger Rick is a magazine for children ages 7-12. Published 10 times a year.

Ranger Rick Jr. is a magazine for children ages 4-7. Published 10 times a year.

Ranger Rick Cub is a magazine for children ages 0-4. Published 6 times per year.

Ranger Rick masterfile SUBSCRIBER names are provided TITLE SLUGGED only, "To the _____ Family". GIFT GIVER names are provided TITLE SLUGGED AND FIRST NAME/LAST NAME.

## SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $20.00/M |
| 3 MONTH HOTLINE | $15.00/M |
| 6 MONTH HOTLINE | $10.00/M |
| ADDITIONAL COUNTS | |
| ADULT AGE | $12.00/M |
| CHILD AGE | $12.00/M |
| DEMOGRAPHIC | $12.00/M |
| ETHNICITY/RELIGION/POLITICAL | $17.00/M |
| GENDER/SEX | $10.00/M |
| HOMEOWNER | $12.00/M |
| INCOME | $12.00/M |
| LIFESTYLE | $17.00/M |
| MEMBERSHIP FLAG | $7.00/M |
| PAID | $10.00/M |
| SOURCE | $10.00/M |
| STATE, SCF, ZIP | $10.00/M |

## ADDRESSING

| | |
|---|---|
| KEY CODING | $2.00/M |
| EMAIL | $59.00/F |
| FTP | $59.00/F |

## RELATED LISTS

≡ PARENTS MAGAZINE
≡ HEARTHSONG
≡ HIGHLIGHTS® "MAGAZINE" MASTERFILE
≡ YOUNG EXPLORERS
≡ EARLY MOMENTS BOOK CLUB MASTERFILE
≡ SMITHSONIAN MAGAZINE
≡ RANGER RICK SUBSCRIBERS
≡ HIGHLIGHTS® FAMILY MASTERFILE
≡ NATIONAL WILDLIFE FEDERATION MEMBER DONORS
≡ ONE STEP AHEAD CATALOG