# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHERRY GAINES, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) NATIONAL WILDLIFE FEDERATION, ) ) Defendant. ) ) | Case No. 5:22-cv-11173-JEL-CI |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant NATIONAL WILDLIFE FEDERATION.

Dated: September 22, 2022

*/s/ Deborah H. Renner*
Deborah H. Renner
DENTONS US LLP
1211 Avenue of the Americas
New York, NY 10020
(212) 768-6700
deborah.renner@dentons.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    */s/ Deborah H. Renner*
                                                    Deborah H. Renner