**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SHERRY GAINES, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

NATIONAL WILDLIFE FEDERATION,

        Defendant.

Case No. 5:22-cv-11173

Judge Judith E. Levy

_____/

**STIPULATED ORDER EXTENDING TIME**
**FOR DEFENDANT TO ANSWER OR OTHERWISE**
**RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

This matter is before the Court on the Stipulation of Plaintiff and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

WHEREAS, the complaint was amended as of right on September 8, 2022;

WHEREAS, the motion to dismiss the complaint filed by Defendant on August 19, 2022 is thus withdrawn as moot;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which Defendant may file an answer or take any other action in response to Plaintiff's First Amended Complaint as permitted by the Federal Rules of Civil Procedure

(including, but not limited to, the filing of a counterclaim, third-party claim or any motion), is extended through and includes October 13, 2022.

Date: September 22, 2022                    s/Judith E. Levy
                                            HON. JUDITH E. LEVY
                                            U.S. DISTRICT COURT JUDGE

STIPULATED:

/s/Philip L. Fraietta
Philip L. Fraietta
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY  10019
(646) 837-7150
pfraietta@bursor.com

Frank S. Hedin
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

E. Powell Miller (P39487)
Sharon Almonrode (P33938)
Gregory Mitchell (P68723)
The Miller Law Firm, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com
ssa@millerlawpc.com

*Attorneys for Plaintiff*

Dated:  September 22, 2022

/s/Carol G. Schley
Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48226
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

*Attorneys for Defendant*

Dated:  September 22, 2022

3