UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

E.R., et al.,

        Plaintiff(s),

v.                                              Case No. 5:22–cv–11173–JEL–CI
                                              Hon. Judith E. Levy

National Wildlife Federation,

        Defendant(s),

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

  **IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Curtis Ivy Jr. for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

    Motion to Dismiss – #18


                                                s/Judith E. Levy
                                                Judith E. Levy
                                                United States District Judge


**Certificate of Service**

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                                s/W. Barkholz
                                                Case Manager