UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

E.R., et al.,

                    Plaintiff(s),

v.                                            Case No. 5:22–cv–11173–JEL–CI
                                              Hon. Judith E. Levy

National Wildlife Federation,

                    Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #18

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Curtis Ivy, Jr *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K MacKay
                                                 Case Manager

Dated:  November 18, 2022