### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHERRY GAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL WILDLIFE FEDERATION,<br><br>Defendant. | Case No. 22-cv-11173-FKB-CI<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

## JOINT STATUS REPORT

Plaintiff Sherry Gaines and Defendant National Wildlife Federation ("NWF," together with Plaintiff, the "Parties") respectfully submit this Joint Status Report to inform the Court that they have scheduled a mediation with The Honorable Wayne R. Andersen (Ret.), formerly of the Northern District of Illinois and now with JAMS, on November 1, 2023, which was the earliest mutually available date. Pursuant to the Court's practice guidelines, the Parties will notify Chambers in writing via email by the next business day if this action has been resolved.

Dated: August 16, 2023            DENTONS US LLP

                                  By: */s/ Kristen C. Rodriguez*

                                  Attorneys for Defendant
                                  NATIONAL WILDLIFE
                                  FEDERATION

2

Dated: August 16, 2023     BURSOR & FISHER, P.A.

By: */s/ Philip L. Fraietta*

Attorneys for Plaintiff
SHERRY GAINES