# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

SHERRY GAINES, individually and on behalf of others similarly situated,

      *Plaintiff*,

v.

NATIONAL WILDLIFE FEDERATION,

      *Defendant*.

Case No. 5:22-cv-11173-FKB-CI
Hon. F. Kay Behm
Magistrate Judge Curtis Ivy, Jr.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following change of address for the attorney(s) listed below representing Defendant in the above-referenced action. Please note that telephone and fax numbers and email addresses will remain the same.

Effective August 28, 2023, the address is:

Clark Hill PLC
220 Park Street, Suite 200
Birmingham, MI 48009-3477

                      CLARK HILL PLC

                      By: *Carol G. Schley*
                      Peter B. Kupelian (P31812)
                      Carol G. Schley (P51301)
                      220 Park Street, Suite 200
                      Birmingham, MI 48009
                      (248) 530-6336

pkupelian@clarkhill.com
cschley@clarkhill.com

*Counsel for Defendant*
*National Wildlife Federation*

### Certificate of Service

I hereby certify that on September 19, 2023, a copy of the foregoing document was filed electronically and served to all parties by operation of the Court's electronic filing system.

/s/ *Carol G. Schley*
Carol G. Schley (P51301)
220 Park Street, Suite 200
Birmingham, MI 48009
(248) 530-6338
cschley@clarkhill.com