# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHERRY GAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL WILDLIFE FEDERATION,<br><br>Defendant. | Case No. 22-cv-11173<br><br>Hon. F. Kay Behm<br>Mag. Curtis Ivy, Jr. |

## STIPULATION OF DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Sherry Gaines ("Plaintiff") and Defendant National Wildlife Federation (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, Plaintiff hereby voluntarily dismisses her claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: December 20, 2023                Respectfully submitted,

                                                      */s/ E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiff*

Dated:  December 20, 2023                Respectfully submitted,

                */s/ Kristen C. Rodriguez (w/ permission)*
Kristen C. Rodriguez
Deborah H. Renner
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700
kristen.rodriguez@dentons.com

2

debroah.renner@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
CLARK HILL PC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 530-6336
pkupelian@clarkhill.com
cschley@clarkhill.com

*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)

*Attorney for Plaintiff*